HARE *et al.* v. IOWA CENTRAL INSURANCE Co. *et al.*

*Appeal from Johnson District Court — Monday, July 25.*

### DISSOLUTION OF INJUNCTION.

THIS is a proceeding to set aside a judgment dismissing a case for failure to prosecute the same. The original suit.was in equity, to settle a question involved in a large number of suits at law, by different parties against the plaintiffs herein. It was dismissed for want of prosecution, and judgments rendered in some of the suits at law. This proceeding was then commenced to set aside the dismissal, and enjoin further proceedings in the law cases. A temporary injunction was granted. The defendants answered, and moved to dissolve the injunction. The case was heard upon affidavits, and the injunction was dissolved. Plaintiffs appeal.

*Cloud & Broomhall* for the appellants — *Charles Baker* for the appellee.

COLE, Ch. J. — The answer denies every material allegation of the petition. The affidavits contained in the transcript tend quite as strongly to support the answer as the petition. The question rests largely upon what was the parol agreement between counsel. The agreement, as alleged by plaintiffs, is directly denied by defendants, while the affidavits of plaintiffs state the "understanding" of it, and not its precise language. Besides, there is no averment or showing by plaintiffs, that, but for the alleged agreement, they would have been present and attended to the case. Further than this, it does not appear but that plaintiffs may renew their original suit without any prejudice from the dismissal, and thereby have the entire merits of the controversy settled.

Affirmed.